UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HEIDY ALFARO SIGUENZA et al.,

Petitioners,

v.

JULIO HERNANDEZ et al.,

Respondents.

CASE NO. 2:26-cv-02203-LK

ORDER TO SHOW CAUSE

This matter comes before the Court sua sponte. Petitioners Heidy Alfaro Siguenza, Andres Cortes Arango, and Johanny Vasquez de Jesus have filed a joint petition for Writ of Habeas Corpus without identifying any authority permitting the Court to entertain such a joint petition. Dkt. No. 1. This Court agrees with numerous courts around the country that generally, multiple petitioners cannot join a single habeas petition. *Abarca v. Chestnut*, No. 1:26-CV-03630-DAD-SCR (HC), 2026 WL 2030173, at *1 (E.D. Cal. July 14, 2026) ("[P]etitioners have not identified any authority in which petitioners who were arrested at different times in different places could join in a single petition."); *Buriev v. Warden, Geo, Broward Transitional Ctr.*, No. 25-CV-60459, 2025 WL 1906626, at *1 (S.D. Fla. Mar. 18, 2025) ("[T]wo petitioners cannot join a single habeas

petition."); *Henry v. Barr*, No. 3:20-cv-01114-C (BT), 2020 WL 6877703, at *1 (N.D. Tex. Oct. 30, 2020) ("[A]llowing multiple petitioners to proceed on a single petition . . . presents a multitude of difficulties[.]" (citation modified)), *report and recommendation adopted*, 2020 WL 6873604 (N.D. Tex. Nov. 23, 2020); *Yancey v. Corbett*, No. 07-cv-1251, 2007 WL 1149884, at *1 (E.D. Pa. Apr. 12, 2007) ("There is no authority for permitting multiple petitioners to file one single petition for habeas corpus relief[.]"). The Court accordingly ORDERS Petitioners to SHOW CAUSE by July 28, 2026 why their petitions should not be severed or dismissed for improper joinder. Given the time-sensitive nature of such petitions, the Court will also permit Petitioners to voluntarily dismiss their petitions without prejudice and re-file separately.

Dated this 21st day of July, 2026.

Lauren King
United States District Judge